UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD W. ROWNAN,<br><br>             Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY,<br><br>             Defendant. | CASE NO. C19-5505 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 9. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff's complaint is **DISMISSED without prejudice** and all pending motions are denied; and

(3) The Clerk shall enter **JUDGMENT** and close this case.

Dated this 29th day of August, 2019.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

ORDER - 1